**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:  Senior Home Health Care, LLC                    Case No.  26-41044 (WJF)

Debtors.

**APPLICATION FOR ADMISSION PRO HAC VICE**

---

**NOTICE TO ATTORNEY APPLICANTS FOR ADMISSION PRO HAC VICE:**
The filing of this application and entry of any order granting it **do not** automatically provide you with notices in this case or "filing user" access to the U.S. Bankruptcy Court for the District of Minnesota CM/ECF system.  **In order to receive e-mail notices and/or to file documents electronically, attorneys admitted pro hac vice must submit a completed attorney registration form, successfully complete a test filing [document/notice of appearance] and file a notice of appearance.**

---

**Affidavit of Movant**

I, _____Eric P. Barstad_____, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice _____Christopher S. Stahl_____, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identity the specific district to which the attorney is admitted) _Massachusetts (and see attached)_, but not admitted to the bar of this court, who will be counsel for ___Change Healthcare Operations, LLC___ in the case listed above[1]. I am aware that the local rules of the court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

**Check one of the following:**

[✓]   I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by U.S. District Court Local Rule 83.5(d) (sign and complete information below).

[ ]   I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under U.S. District Court Local Rule 83.5(d).  I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by

---

[1] The order granting this application will serve to admit the proposed admittee to practice in the case noted above and any adversary proceedings to that case in which the admittee appears.  If the movant declines to serve as local counsel in any such adversary proceedings, a second Application for Pro Hac Vice involving a different movant will be required.

Local Rule 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: __/s/Eric P. Barstad_____     Date: 8.7.2026

MN Attorney License #:

__0398979_____

**Affidavit of Proposed Admittee**

I, _____Christopher S. Stahl_____, am currently a member in good standing of the U.S. District Court for the (please identify the specific district to which you are admitted) Massachusetts (and see attached)_____, but am not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that, while the U.S. Bankruptcy Court for the District of Minnesota is an electronic court, I will receive notice and service by mail unless and until I submit the CM/ECF *New Registration and Change User Information Form* and one test motion, after which I will receive notice by electronic means.

Signature: _____     Date: August 7, 2026_____

Typed Name: Christopher S. Stahl_____

Attorney License Number: 44 776_____ issued by the State of _CT_ (initials)

Law Firm Name: Shipman & Goodwin LLP_____

Law Firm Address: One Constitution Plaza_____

Hartford, CT 06103_____

Main phone: (860) 251-5000_____

Direct Line: (860) 251-5156_____

E-mail address: cstahl@goodwin.com_____

You must file this form and the Pro Hac Vice admission fee of $100 with the Clerk of Bankruptcy Court before you will be included in the roll of admitted attorneys and receive notices in the above-entitled bankruptcy case.

Christopher S. Stahl Admission Chart

| Court | Date of Admission | Bar Number |
|---|---|---|
| Massachusetts Supreme Judicial Court | 12/15/2021 | 709719 |
| Connecticut Superior Court | 11/04/2025 | 447716 |
| United States District Court for the District of Massachusetts | 02/24/2026 | 709719 |
| United States District Court for the District of Connecticut | 05/11/2026 | ct32168 |