**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Senior Home Health Care, LLC

Bky File No. 26-41044
Chapter 11, Sub. V

Debtor.

---

# WITHDRAWAL

---

The above-captioned debtor and debtor-in-possession (the "Debtor") hereby withdraws the Subchapter V Plan of Reorganization filed as document number 76, modified as document number 78, further modified as document number 81, and further modified as document number 112.

Dated: October 13, 2026

Respectfully submitted,

**MJB Law Firm, PLLC**

s/ Karl J. Johnson
Karl J. Johnson (#0391211)
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402
(612) 961-0145
karl@mjblawmn.com

***ATTORNEYS FOR DEBTOR***